# Court of Appeals
## Tenth Appellate District of Texas

10-25-00350-CR

In re Willie Otis Harris

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Willie Otis Harris, proceeding pro se, filed a pre-trial application for writ of habeas corpus with this Court requesting that we declare his pre-trial detention unconstitutional and order his immediate release from custody or dismissal of his indictment.

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021, orig. proceeding).

Accordingly, we dismiss Harris's application for writ of habeas corpus for want of jurisdiction.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  November 6, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
OT06

